MELLE S. T. WERNER, Respondent, *v.* WILLIAM R. HEARST, Appellant. (Actions 1 and 2.)

Reported below, 76 App. Div. 375.
(Argued October 5, 1903; decided October 13, 1903.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 16, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

The motion was made upon the ground that the only questions of law involved which the Court of Appeals had jurisdiction to consider had become abstract.

*Roger M. Sherman* for motion.

*David B. Hill* opposed.

Motion denied, with ten dollars costs.